IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **99-cr-131-DBS**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**CHERYL STANLEY,**

        Defendant.

---

**ORDER ON MOTION TO INTERVENE**

---

Kane, J.

This matter is before me on the Motion to Intervene (Doc. #30) filed June 20, 2008 by interested party Edward F. Calus. Having carefully considered the Motion, Mr. Calus' subsequent brief and the government's response, and all applicable legal authorities, and being fully advised in the premises, I DENY Mr. Calus' Motion because there is no statutory basis for it.

The relevant statutory scheme does not permit a crime victim to undertake independent efforts to collect an order of restitution through garnishment. The crime victim is authorized only to move to "adjust the payment schedule, or require immediate payment in full, as the interests of justice may require." 18 U.S.C. § 3664(k). By the wording of that statute, the standard to be used in considering such a motion is abuse of discretion. Given the wording of the statute, responsibility for collecting restitution rests

entirely with the United States Attorney General, and considerable deference to his decisions must be given.

It is not necessary for me to make any decision on the basis of the present motion whether the Attorney General has abused his discretion in the present instance. Nor is it necessary for me to examine the affidavit of Patricia McGee-Wake submitted under seal by the government and therefore the motion of the United States for leave to file document under seal (Doc. #37) is likewise DENIED. The government may retrieve Ms. McGee-Wake's affidavit, and the document shall be removed from the record.

Further, the writ of garnishment heretofore issued by the Clerk of the Court at Mr. Calus's request is hereby VACATED.

IT IS SO ORDERED.

Dated this 15th day of August, 2008.

s/ John L. Kane
John L. Kane, Senior District Judge
United States District Court
